IN THE MATTER OF STATE OF NORTH CAROLINA EX REL. UTILITIES COMMISSION, AND SOLOMON HORNEY v. MOUNTAIN ELECTRIC COOPERATIVE, INC., AND NORTH CAROLINA ELECTRIC MEMBER-SHIP CORPORATION

No. 22A93

(Filed 8 October 1993)

Appeal by intervenor North Carolina Electric Membership Corporation pursuant to N.C.G.S. § 7A-30(2) from a decision of a divided panel of the Court of Appeals, 108 N.C. App. 283, 423 S.E.2d 516 (1992), affirming an order entered on 28 January 1991 by the North Carolina Utilities Commission. Heard in the Supreme Court 13 September 1993.

*Robert P. Gruber, Public Staff, by Antoinette R. Wike, Chief Counsel, and A. W. Turner, Jr., Staff Attorney, for appellee.*

*Thomas K. Austin, Associate General Counsel, for intervenor-appellant North Carolina Electric Membership Corporation.*

PER CURIAM.

AFFIRMED.

Justice Parker did not participate in the consideration or decision of this case.